### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                  Case No. 3:08–bk–03640–PMG
                                                        Chapter 13


Wynatta Y. Fields




_____ Debtor(s) _____/



## ORDER ABATING MOTION FOR RELIEF FROM STAY


Upon consideration of the Motion for Relief from Stay filed by Vystar Credit Union on March 22, 2009, the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.


Dated March 23, 2009.


_____
Paul M. Glenn
Chief United States Bankruptcy Judge



Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor