UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO: 3:08-bk-03640-PMG

WYNATTA Y. FIELDS,  CHAPTER 13

Debtor.
_____/

**AGREED ORDER ON MOTION FOR RELIEF FROM STAY
FILED BY CREDITOR, VySTAR CREDIT UNION (DOCKET NO. 34)**

COMES NOW the Creditor, VyStar Credit Union ("credit union"), and the Debtor, Wynatta Y. Fields ("Debtor"), by and through their undersigned attorneys, who agree as follows to dispose of Creditor's Motion for Relief From Stay:

1. The Debtor is required to keep in full force and effect an insurance policy which protects the 2003 Nissan Sentra, VIN# 3N1CB53L794039 (the "collateral"), against any risk of loss, and said insurance policy is to name the credit union as the loss payee for the full fair market value of the collateral.

2. In the event that the insurance coverage should lapse or otherwise cease to be in full force and effect at any time during the pendency of this case, the Credit Union may submit an affidavit of such lapse of insurance to this Court, and this Court shall enter an order granting relief from the stay as to the collateral without further need or opportunity for a hearing provided written notice of the default and need to cure is provided to counsel for the Debtor by email or fax transmission which gives the Debtor 48 hours to cure the default.

1

3. The parties agree that if Creditor retakes possession of the property upon any default by Debtor and Creditor subsequently liquidates the collateral, Creditor shall be entitled to file an unsecured Proof of Claim as to any deficiency balance resulting after sale of the collateral.

4. This Agreement is being entered into to avoid a hearing on Creditor's Motion for Relief from Automatic Stay pending before the Court.

DONE AND ORDERED at Jacksonville, Florida, on this __18__ day of May, 2009.

PAUL M. GLENN
Chief United States Bankruptcy Judge

HAVING SEEN AND AGREED:

/s/ Chad D. Heckman
CHAD D. HECKMAN, Esq.
Attorney for Creditor


DOUGLAS C. HIGGINBOTHAM, Esq.
Attorney for Debtor

Copies furnished to:

Chad D. Heckman, Attorney for Creditor
P.O. Box 4128
Tallahassee, Florida 32315-4128

Douglas C. Higginbotham, Attorney for Debtor
925 Forest Street
Jacksonville, FL 32204

Wynatta Y Fields, Debtor
25 E. 16th St., Apt. 1
Jacksonville, FL 32206

Douglas W. Neway, Trustee
P.O. Box 4308
Jacksonville, FL 32201

3

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: lomicd              Page 1 of 1              Date Rcvd: May 18, 2009
Case: 08-03640                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on May 20, 2009.
db          +Wynatta Y. Fields,    1620 Bartram Rd,   Apt 5205,   Jacksonville, FL 32207-2657
cr           Vystar Credit Union,   c/o Chad D. Heckman,   P.O. Box 4128,   Tallahassee, FL  32315-4128

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2009**                **Signature:** _Joseph Speetjens_